GORDON W. EGAN (SBN 111470)
SIGNATURE LAW GROUP LLP
3400 Bradshaw Road, Suite A4-A
Sacramento, CA  95827
Telephone: (916) 362-2660
Fax: (916) 880-5255
gegan@signaturelawgroup.com

Attorney for Plaintiffs

# UNTIED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JAMES J. SULLIVAN III; JAHANSHIR J. JAVANIFARD; GAYLE JAVANIFARD; DANIEL H. SAYAH; SULLIVAN III, LLC, a California limited liability company; MALKAH J, LLC, a California limited liability company; PETER P. PEREZ and GLORIA A. PEREZ, as trustees of the PETER PAUL AND GLORIA ANN PEREZ FAMILY REVOCABLE TRUST established April 25, 2013<br><br>    Plaintiffs,<br>v.<br><br>THE UNITED STATES OF AMERICA and UNION PACIFIC RAILROAD COMPANY, a Delaware corporation<br><br>    Defendants. | **CASE NO.: 2:18-cv-03066-MCE-CKD**<br><br>STIPULATION TO FURTHER EXTEND TIME TO RESPOND TO COMPLAINT AND COMPLETE RULE 26(f) CONFERENCE; ORDER THEREON<br><br>**Complaint Filed: November 27, 2018** |

**RECITALS**

WHEREAS, on November 27, 2018, Plaintiff James J. Sullivan III, et al. ("Sullivan") commenced the above-captioned action by filing a Complaint to Quiet Title and for Declaratory Relief ("Complaint") against Defendants United States of America ("United States") and Union Pacific Railroad Company ("Union Pacific"). (ECF No. 1.)

WHEREAS, on December 21, 2018, Sullivan and Union Pacific filed a Stipulation Extending Time to Respond to the Complaint, extending Union Pacific's time to respond to January 23, 2019. (ECF No. 6.)

WHEREAS, on January 2, 2019 the United States filed a Notice of Related Case noticing the parties that the factual and legal issues in this case are virtually the same as in case 18-cv-01865, also pending before this court. (ECF No. 7.)

WHEREAS, since early January 2019, respective counsel for Sullivan, the United States and Union Pacific have been meeting and conferring regarding the action in an effort to reach an amicable resolution of this matter.

WHEREAS, in the related case, Dimension vs the United States (18-cv-01865) the Court extended the time for the United States to respond to the Complaint to May 21, 2019, and that the parties shall have until June 24, 2019, to meet and confer as required by Federal Rule of Civil Procedure 26(f) regarding their discovery plan. (18-cv-01865; ECF 13.)

WHEREAS, respective counsel for Sullivan, Union Pacific and the United States intend to continue engaging in discussions and efforts aimed at reaching a non-judicial resolution of this matter, which now include, but are not limited to, potential legislative efforts that will moot the action.

WHEREAS, in light of these ongoing settlement efforts, Sullivan, Union Pacific and the United States agree that (1) the time for Union Pacific to respond to the Complaint should be further extended to May 21, 2019, (2) the time for the United States to respond to the Complaint should be extended to May 21, 2019, and (3) the deadline for the parties to meet and confer as required by Federal Rule of Civil Procedure 26(f) should be further continued to June 24, 2019.

**STIPULATION**

IT IS HEREBY STIPULATED by and between Sullivan, by and through its counsel of record, Gordon W. Egan of Signature Law Group, LLP, Union Pacific, by and through its counsel of record, Nancy J. Johnson of Berliner Cohen, and the United States, by and through its counsel of record, Joseph B. Frueh, Assistant United States Attorney, that (1) Union Pacific shall have until May 21, 2019, to respond to the Complaint in the above-captioned action, (2) the United States shall have until May 21, 2019, to respond to the Complaint in the above-captioned action, and (3) the parties shall have until June 24, 2019, to meet and confer as required by Federal Rule of Civil Procedure 26(f) regarding their discovery plan.

DATED: January 22, 2019          SIGNATURE LAW GROUP LLP

By: /s/ Gordon W. Egan
GORDON W. EGAN
Attorney for James J. Sullivan III, et al

DATED: January 22, 2019

By: /s/ Joseph B. Frueh (as authorized on 1-22-2019)
JOSEPH B. FRUEH Assistant United States Attorney
Attorneys for Defendant UNITED STATES OF AMERICA

DATED: January 22, 2019          BERLINER COHEN, LLP

By: /S/ Nancy J. Johnson (as authorized on 1-22-2019 )
NANCY J. JOHNSON
Attorneys for Defendant Union Pacific
Railroad Company

# **ORDER**

Pursuant to the stipulation between the parties, the Defendants shall have until May 21, 2019, to respond to the Complaint in the above-captioned action, and the parties shall have until June 24, 2019, to meet and confer as required by Federal Rule of Civil Procedure 26(f) regarding their discovery plan.

        IT IS SO ORDERED.

Dated: January 25, 2019

_____
CAROLYN K. DELANEY
UNITED STATES MAGISTRATE JUDGE