GORDON W. EGAN (SBN 111470)
SIGNATURE LAW GROUP LLP
3400 Bradshaw Road, Suite A4-A
Sacramento, CA 95827
Telephone: (916) 362-2660
Fax: (916) 880-5255
gegan@signaturelawgroup.com

Attorney for Plaintiffs

# UNTIED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JAMES J. SULLIVAN III; JAHANSHIR J. JAVANIFARD; GAYLE JAVANIFARD; DANIEL H. SAYAH; SULLIVAN III, LLC, a California limited liability company; MALKAH J, LLC, a California limited liability company; PETER P. PEREZ and GLORIA A. PEREZ, as trustees of the PETER PAUL AND GLORIA ANN PEREZ FAMILY REVOCABLE TRUST established April 25, 2013<br><br>                    Plaintiffs,<br><br>v.<br><br><br>THE UNITED STATES OF AMERICA and UNION PACIFIC RAILROAD COMPANY, a Delaware corporation<br><br>                    Defendants. | **CASE NO.: 2:18-cv-03066-MCE-CKD**<br><br><br>STIPULATION TO FURTHER EXTEND TIME TO RESPOND TO COMPLAINT AND COMPLETE RULE 26(f) CONFERENCE; ORDER THEREON<br><br>**Complaint Filed: November 27, 2018** |

1

## **RECITALS**

WHEREAS, on November 27, 2018, Plaintiff James J. Sullivan III, et al. ("Sullivan") commenced the above-captioned action by filing a Complaint to Quiet Title and for Declaratory Relief ("Complaint") against Defendants United States of America ("United States") and Union Pacific Railroad Company ("Union Pacific"). (ECF No. 1.)

WHEREAS, on December 21, 2018, Sullivan and Union Pacific filed a Stipulation Extending Time to Respond to the Complaint, extending Union Pacific's time to respond to January 23, 2019. (ECF No. 6.)

WHEREAS, on January 2, 2019 the United States filed a Notice of Related Case noticing the parties that the factual and legal issues in this case are virtually the same as in case 18-cv-01865, also pending before this court. (ECF No. 7.)

WHEREAS, since early January 2019, respective counsel for Sullivan, the United States and Union Pacific have been meeting and conferring regarding the action in an effort to reach an amicable resolution of this matter.

WHEREAS, in light of the parties' settlement efforts, and upon the stipulations of the parties, the Court extended the time for the United States and Union Pacific to respond to the Complaint to September 23, 2019, and continued the deadline for the parties to meet and confer as required by Federal Rule of Civil Procedure 26(f) to October 28, 2019. (ECF Nos. 12, 14.)

WHEREAS, in the related case, Dimension vs the United States (18-cv-01865) the parties stipulated to extend the time for the United States to respond to the Complaint to January 20, 2020, and stipulated to extend the time for the parties to meet and confer as required by Federal Rule of Civil Procedure 26(f) to February 24, 2020. (18-cv-01865; ECF 17.)

WHEREAS, respective counsel for Sullivan, Union Pacific and the United States intend to continue engaging in discussions and efforts aimed at reaching a non-judicial resolution of this matter, which now include, but are not limited to, potential legislative efforts that will moot the action.

WHEREAS, in light of these ongoing settlement efforts, Sullivan, Union Pacific and the United States agree that (1) the time for Union Pacific to respond to the Complaint should be further extended January 20, 2020, (2) the time for the United States to respond to the Complaint

2

James J. Sullivan III vs. United States of America – Stip. to Further Extend Time

should be extended to January 20, 2020, and (3) the deadline for the parties to meet and confer as required by Federal Rule of Civil Procedure 26(f) should be further continued to February 24, 2020.

## STIPULATION

IT IS HEREBY STIPULATED by and between Sullivan, by and through its counsel of record, Gordon W. Egan of Signature Law Group, LLP, Union Pacific, by and through its counsel of record, Nancy J. Johnson of Berliner Cohen, and the United States, by and through its counsel of record, Joseph B. Frueh, Assistant United States Attorney, that (1) Union Pacific shall have until January 20, 2020, to respond to the Complaint in the above-captioned action, (2) the United States shall have until January 20, 2020, to respond to the Complaint in the above-captioned action, and (3) the parties shall have until February 24, 2020, to meet and confer as required by Federal Rule of Civil Procedure 26(f) regarding their discovery plan.

DATED:   September 19, 2019                     SIGNATURE LAW GROUP LLP

By: /s/ Gordon W. Egan_____
GORDON W. EGAN
Attorney for James J. Sullivan III, et al

DATED:   September 19, 2019

By: /s/ Joseph B. Frueh (as authorized on XX-XX-2019)
JOSEPH B. FRUEH Assistant United States Attorney
Attorneys for Defendant UNITED STATES OF
AMERICA

DATED:   September 19, 2019                     BERLINER COHEN, LLP

By: /S/ Nancy J. Johnson (as authorized on XX-XX-2019)
NANCY J. JOHNSON
Attorneys for Defendant Union Pacific
Railroad Company

3

James J. Sullivan III vs. United States of America – Stip. to Further Extend Time

## <u>ORDER</u>

Pursuant to the foregoing stipulation between the parties, the Defendants shall have until January 20, 2020, to respond to the Complaint in the above-captioned action, and the parties shall have until February 24, 2020, to meet and confer as required by Federal Rule of Civil Procedure 26(f) regarding their discovery plan.

IT IS SO ORDERED.

Dated:  September 25, 2019

_____
MORRISON C. ENGLAND, JR
UNITED STATES DISTRICT JUDGE

James J. Sullivan III vs. United States of America – Stip. to Further Extend Time