GORDON W. EGAN (SBN 111470)
SIGNATURE LAW GROUP LLP
3400 Bradshaw Road, Suite A4-A
Sacramento, CA  95827
Telephone: (916) 362-2660
Fax: (916) 880-5255
gegan@signaturelawgroup.com

Attorney for Plaintiffs

# UNTIED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JAMES J. SULLIVAN III; JAHANSHIR J. JAVANIFARD; GAYLE JAVANIFARD; DANIEL H. SAYAH; SULLIVAN III, LLC, a California limited liability company; MALKAH J, LLC, a California limited liability company; PETER P. PEREZ and GLORIA A. PEREZ, as trustees of the PETER PAUL AND GLORIA ANN PEREZ FAMILY REVOCABLE TRUST established April 25, 2013<br><br>             Plaintiffs,<br>v.<br><br>THE UNITED STATES OF AMERICA and UNION PACIFIC RAILROAD COMPANY, a Delaware corporation<br><br>             Defendants. | **CASE NO.:   18-cv-03066-MCE**<br><br>STIPULATION TO EXTEND TIME TO COMPLETE RULE 26(f) CONFERENCE; ORDER THEREON<br><br>**Complaint Filed: November 27, 2018** |

## RECITALS

WHEREAS, on November 27, 2018, Plaintiff James J. Sullivan III, et al. ("Sullivan") commenced the above-captioned action by filing a Complaint to Quiet Title and for Declaratory Relief ("Complaint") against Defendants United States of America ("United States") and Union Pacific Railroad Company ("Union Pacific"). (ECF No. 1.)

WHEREAS, on August 11, 2020, the Court entered its order dismissing the United States as a party to the action leaving only plaintiffs and Union Pacific. (ECF No. 34.)

WHEREAS, since early January 2019, respective counsel for Sullivan and UP have been meeting and conferring regarding the action in an effort to reach an amicable resolution of this matter.

WHEREAS, the deadline for the parties to meet and confer pursuant to Rule 26(f) is August 17, 2020.

WHEREAS, respective counsel for Sullivan and Union continue engaging in discussions and efforts aimed at reaching a non-judicial resolution of this matter.

WHEREAS, in light of these ongoing settlement efforts, Sullivan and Union Pacific agree that the deadline for the parties to meet and confer as required by Federal Rule of Civil Procedure 26(f) should be further continued to November 16, 2020.

## STIPULATION

IT IS HEREBY STIPULATED by and between Sullivan, by and through its counsel of record, Gordon W. Egan of Signature Law Group, LLP, and Union Pacific by and through its counsel of record, Nancy J. Johnson of Berliner Cohen, that the parties shall have until November 16, 2020, to meet and confer as required by Federal Rule of Civil Procedure 26(f) regarding their discovery plan.

DATED:   August 13, 2020                SIGNATURE LAW GROUP LLP

                                        By: /s/ Gordon W. Egan
                                        GORDON W. EGAN
                                        Attorney for James J. Sullivan III, et al

DATED:   August 13, 2020                BERLINER COHEN, LLP

By: /S/ Nancy J. Johnson (as authorized on 8-13-2020)
NANCY J. JOHNSON
Attorneys for Defendant Union Pacific Railroad Company

**ORDER**

In accordance with the foregoing stipulation between the parties, the parties shall have until November 16, 2020, to meet and confer as required by Federal Rule of Civil Procedure 26(f) regarding their discovery plan.

IT IS SO ORDERED.

Dated: August 17, 2020

_____
MORRISON C. ENGLAND, JR
SENIOR UNITED STATES DISTRICT JUDGE