GORDON W. EGAN (SBN 111470)
SIGNATURE LAW GROUP LLP
3400 Bradshaw Road, Suite A4-A
Sacramento, CA  95827
Telephone: (916) 362-2660
Fax: (916) 880-5255
gegan@signaturelawgroup.com

Attorney for Plaintiffs

# UNTIED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JAMES J. SULLIVAN III; JAHANSHIR J. JAVANIFARD; GAYLE JAVANIFARD; DANIEL H. SAYAH; SULLIVAN III, LLC, a California limited liability company; MALKAH J, LLC, a California limited liability company; PETER P. PEREZ and GLORIA A. PEREZ, as trustees of the PETER PAUL AND GLORIA ANN PEREZ FAMILY REVOCABLE TRUST established April 25, 2013 <br><br> Plaintiffs, <br><br> v. <br><br> THE UNITED STATES OF AMERICA and UNION PACIFIC RAILROAD COMPANY, a Delaware corporation <br><br> Defendants. | CASE NO.:   18-cv-03066-MCE <br><br> STIPULATION TO EXTEND TIME TO COMPLETE RULE 26(f) CONFERENCE; ORDER THEREON <br><br> **Complaint Filed: November 27, 2018** |

1

### RECITALS

WHEREAS, on November 27, 2018, Plaintiff James J. Sullivan III, et al. ("Sullivan") commenced the above-captioned action by filing a Complaint to Quiet Title and for Declaratory Relief ("Complaint") against Defendants United States of America ("United States") and Union Pacific Railroad Company ("Union Pacific"). (ECF No. 1.)

WHEREAS, on August 11, 2020, the Court entered its order dismissing the United States as a party to the action leaving only plaintiffs and Union Pacific. (ECF No. 34.)

WHEREAS, since early January 2019, respective counsel for Sullivan and UP have been meeting and conferring regarding the action in an effort to reach an amicable resolution of this matter.

WHEREAS, the deadline for the parties to meet and confer pursuant to Rule 26(f) is January 29, 2021.

WHEREAS, respective counsel for Sullivan and Union continues engaging in discussions and efforts aimed at reaching a non-judicial resolution of this matter.

WHEREAS, in light of these ongoing settlement efforts, Sullivan and Union Pacific agree that the deadline for the parties to meet and confer as required by Federal Rule of Civil Procedure 26(f) should be further continued to April 29, 2021.


### STIPULATION

IT IS HEREBY STIPULATED by and between Sullivan, by and through its counsel of record, Gordon W. Egan of Signature Law Group, LLP, and Union Pacific by and through its counsel of record, Nancy J. Johnson of Berliner Cohen, that the parties shall have until April 29, 2021 to meet and confer as required by Federal Rule of Civil Procedure 26(f) regarding their discovery plan.

DATED:   January 29, 2021          SIGNATURE LAW GROUP LLP

By: /s/ Gordon W. Egan          
                    GORDON W. EGAN
                    Attorney for James J. Sullivan III, et al

James J. Sullivan III vs. United States of America – Stip. to Further Extend Time

DATED:   January 29, 2021                    BERLINER COHEN, LLP


                                             By: /S/ Nancy J. Johnson (as authorized on 1-29-2021)
                                             NANCY J. JOHNSON
                                             Attorneys for Defendant Union Pacific
                                             Railroad Company


## ORDER

Pursuant to the stipulation between the parties, (ECF No. 39), and good cause appearing, the parties shall have until April 29, 2021, to meet and confer as required by Federal Rule of Civil Procedure 26(f) regarding their discovery plan.

IT IS SO ORDERED.

Dated:  February 10, 2021

MORRISON C. ENGLAND, JR.
SENIOR UNITED STATES DISTRICT JUDGE

James J. Sullivan III vs. United States of America – Stip. to Further Extend Time