GORDON W. EGAN (SBN 111470)
SIGNATURE LAW GROUP LLP
3400 Bradshaw Road, Suite A4-A
Sacramento, CA  95827
Telephone: (916) 362-2660
Fax: (916) 880-5255
gegan@signaturelawgroup.com

Attorney for Plaintiffs

# UNTIED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JAMES J. SULLIVAN III; JAHANSHIR J. JAVANIFARD; GAYLE JAVANIFARD; DANIEL H. SAYAH; SULLIVAN III, LLC, a California limited liability company; MALKAH J, LLC, a California limited liability company; PETER P. PEREZ and GLORIA A. PEREZ, as trustees of the PETER PAUL AND GLORIA ANN PEREZ FAMILY REVOCABLE TRUST established April 25, 2013<br><br>Plaintiffs,<br><br>v.<br><br>THE UNITED STATES OF AMERICA and UNION PACIFIC RAILROAD COMPANY, a Delaware corporation<br><br>Defendants. | **CASE NO.:   18-cv-03066-MCE-CKD**<br><br>**NOTICE OF SETTLEMENT AND STIPULATION AND ORDER TO EXTEND TIME FOR RULE 26 CONDERENCE**<br><br>**Complaint Filed: November 27, 2018** |

---

1

James J. Sullivan III vs. United States of America – Notice of Settlement

The parties are pleased to report that this matter has settled in all respects. The parties are currently preparing deeds and determining the allocation of the settlement to the various parcels. Once the settlement amount is paid and the deeds recorded the matter will be dismissed. We expect the matter will be dismissed within 120 days. Shortly thereafter, the parties will be filing a request for dismissal prejudice. In the meantime, the parties request that the parties shall have until September 10, 2021 to meet and confer as required by Federal Rule of Civil Procedure 26(f) regarding their discovery plan.

DATED: May 10, 2021  SIGNATURE LAW GROUP LLP

By: /s/ Gordon W. Egan
GORDON W. EGAN
Attorney for James J. Sullivan III, et al

DATED: May 10 2021  BERLINER COHEN, LLP

By: /S/ Nancy J. Johnson (as authorized on 5-10-2021)
NANCY J. JOHNSON
Attorneys for Defendant Union Pacific Railroad Company

# **ORDER**

Pursuant to the Notice of Settlement, (ECF No. 41), the parties shall have until September 10, 2021, to meet and confer as required by Federal Rule of Civil Procedure 26(f) regarding their discovery plan.

IT IS SO ORDERED.

Dated: June 29, 2021

_____
MORRISON C. ENGLAND, JR
SENIOR UNITED STATES DISTRICT JUDGE