GORDON EGAN (SBN 111470)
SIGNATURE LAW GROUP LLP
3400 Bradshaw Road, Suite A4-A
Sacramento, CA  95827
Telephone: (916) 857-1100
Fax: (916) 880-5255
gegan@signaturelawgroup.com
Attorneys for Plaintiffs

NANCY J. JOHNSON (SBN 111615)
BERLINER COHEN, LLP
10 Almaden Blvd., Eleventh Floor
San Jose, Ca 95113
Nancy.johnson@berliner.com
Attorneys for Defendant Union Pacific Railroad Company

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| James J. Sullivan III, Jahanshir J. Javanifard; Gayle Javanifard; Daniel H. Sayah; Sullivan III, LLC, a California Limited Liability Company; Milkah J., LLC, a California Limited Liability Company; Peter P. Perez and Gloria A. Perez, as trustees of the Peter Paul and Gloria Ann Perez Family Revocable Trust established April 25, 2013.<br><br>　　　　　　　Plaintiff,<br><br>　vs.<br><br>The United States of America and Union Pacific Railroad Company, a Delaware corporation.<br><br>　　　　　　　Defendants. | Case No.: 2:18-cv-03066-MCE<br><br>**STIPULATION FOR DISMISSAL WITH PREJUDICE; ORDER** |

**STIPULATION**

Pursuant to Federal Rule of Civil Procedure 41(a), and subject to the approval and order of the Court as provided below, the undersigned parties hereby stipulate to the dismissal of this action with prejudice, with each party to bear its own attorneys' fees and

Stipulation of Dismissal.

1

costs, and request that the Court enter an Order dismissing this action with prejudice, with each party to bear its own attorneys' fees and costs.

Dated:  March 8, 2023               RESPECTFULLY SUBMITTED,
                                    SIGNATURE LAW GROUP, LLP


                                    BY:    */s/ Gordon Egan*
                                           GORDON EGAN
                                           Attorney for Plaintiffs


Dated: March 8, 2023                BERLINER COHEN, LLP



                                    BY:    */s/ Nancy J. Johnson*
                                           Nancy J. Johnson
                                           Attorneys for Defendant
                                           Union Pacific Railroad
                                           Company

## ORDER

The foregoing Stipulation of the parties is APPROVED.  This action is hereby DISMISSED with prejudice.  Each party shall bear its own attorneys' fees and costs, and the Clerk of Court is directed to close the case.

IT IS SO ORDERED.

Dated:  March 8, 2023

_____
MORRISON C. ENGLAND, JR
SENIOR UNITED STATES DISTRICT JUDGE